IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

VINCENT VENEZIANO,

   Petitioner,

    v.                                 CIVIL ACTION FILE
                                      NO. 1:07-CV-2047-TWT

LOREN GRAYER
Warden,

   Respondent.

## ORDER

This is a pro se habeas corpus action challenging the Bureau of Prison's 2005 Rule regarding designation to Community Confinement Centers. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending upholding the Rule and dismissing the Petition. I agree with the thorough and well reasoned Report and Recommendation of the Magistrate Judge. No purpose would be served by me adding to the plethora of opinions from this Court addressing this issue in the last few years. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 22 day of February, 2008.

        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        United States District Judge